FILED

February 11, 2008

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
)
          Plaintiff, )
)
v. )
)
Tanya Marlin, )
)
          Defendant. )

Case No.  2:08-mj-51 KJM

ORDER FOR RELEASE
OF PERSON IN CUSTODY

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release _Tanya Marlin_  Case _2:08-mj-51 KJM_ from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    \_      Release on Personal Recognizance

    \_      Bail Posted in the Sum of _____

    _X_     Unsecured  bond  in  the  amount  of  $50,000, co-signed by the defendant's parents

    \_      Appearance Bond with 10% Deposit

    \_      Appearance Bond secured by Real Property

    \_      Corporate Surety Bail Bond

    _X_     (Other) PTS conditions/supervision:

Issued at _Sacramento, CA_ on _2/11/08_   at  2:45 p.m.

By _____

Kimberly J. Mueller,
United States Magistrate Judge