```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  JEFFREY L. STANIELS, #91413
    Supervising Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    TANYA  MARLIN
 6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:08-mj-0051 KLM |
|---|---|
| | ) No. 2:08-mj-0049 KJM |
| Plaintiff, | ) |
| | ) |
| v. | ) CORRECTED STIPULATION AND ORDER |
| | ) TO EXTEND TIME FOR PRELIMINARY |
| TANYA  MARLIN, | ) EXAMINATION AND EXCLUDE TIME |
| AARON BODENSHATZ, | ) |
| | ) |
| | ) Date:  February 25, 2008 |
| Defendants. | ) Time:  2:00 p.m. |
| _____ | ) Judge: Hon. Kimberly J. Mueller |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Preliminary Examination scheduled for February 25, 2008 be vacated and that time beginning February 25, 2008, and extending through March 20, 2008 be excluded from time under the Speedy Trial Act Within which an indictment must be found.  Further, all Defendants consent to an extension of the time for preliminary examination until March 20, 2008.  Fed. R. Crim. P. 5.1(d).  The parties submit that the ends of justice are served by the Court excluding such time, so that they may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv).  In particular, the time is required so that the parties can discuss a proposed disposition and conduct investigation.

1  Counsel for the defendants have talked to their respective clients
2 in this case, and represent that all have consented to this continuance
3 and exclusion of time, with all agreeing that the interests of justice
4 are furthered thereby.

5  The parties stipulate that the interests of justice outweigh the
6 interest of the public and the defendants in a speedy filing of an
7 indictment or information, 18 U.S.C. §§ 3161(b)(h)(8)(A), and further
8 that this good cause outweighs the public's interest in the prompt
9 disposition of this criminal case.  Fed. R. Crim. P. 5.1(d).

10  The parties further request that this matter be taken off calendar
11 until March 20, 2008, or such other future time as any party may
12 request a hearing for a purpose other than preliminary examination.

13  **IT IS SO STIPULATED**.

14 DATE: February 22, 2008          /s/ Jeffrey L. Staniels
                                   JEFFREY L. STANIELS
15                                 Assistant Federal Defender
                                   Attorney for TANYA MARLIN
16
   DATE: February 22, 2008          /s/ Thomas Johnson
17                                 THOMAS JOHNSON
                                   Attorney for Defendant
18                                 AARON BODENSHATZ
19
   DATE: February 22, 2008         McGREGOR W. SCOTT
20                                 United States Attorney

21                           By:    /s/ Jill Thomas
                                   JILL THOMAS
22                                 Assistant U.S. Attorney

23
    IT IS SO ORDERED.
24

25
   DATE:  February 29, 2008.
26
                                   _____
27                                 U.S. MAGISTRATE JUDGE
28

Stip & Order                       -2-