```
DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, #91413
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
TANYA  MARLIN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                  )<br>            Plaintiff,            )<br>                                  )<br>     v.                           )<br>                                  )<br> TANYA  MARLIN,                   )<br>                                  )<br>                                  )<br>            Defendant.            )<br> _____  ) | No. 2:08-mj-0051 KLM<br><br>STIPULATION AND ORDER TO EXTEND<br>TIME FOR PRELIMINARY EXAMINATION<br>AND EXCLUDE TIME<br><br>Date:  March 20, 2008<br>Time:  2:00 p.m.<br>Judge: Hon. Edmund F. Brennan |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Preliminary Examination scheduled for March 20, 2008 be vacated and that time beginning March 20, 2008, and extending through April 17, 2008 be excluded from time under the Speedy Trial Act within which an indictment must be found.  Further, the Defendant consents to an extension of the time for preliminary examination until April 17, 2008.  Fed. R. Crim. P. 5.1(d).  The parties submit that the ends of justice are served by the Court excluding such time, so that they may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv).  In particular, the time is required so that the parties can discuss a proposed disposition and conduct investigation.

1   Counsel for the defendant has talked to his respective client in
2   this case, and represent that she has consented to this continuance and
3   exclusion of time, agreeing that the interests of justice are furthered
4   thereby.

5   The parties stipulate that the interests of justice outweigh the
6   interest of the public and the defendant in a speedy filing of an
7   indictment or information, 18 U.S.C. §§ 3161(b)(h)(8)(A), and further
8   that this good cause outweighs the public's interest in the prompt
9   disposition of this criminal case.  Fed. R. Crim. P. 5.1(d).

10   The parties further request that this matter be taken off calendar
11   until April 17, 2008, or such other future time as any party may
12   request a hearing for a purpose other than preliminary examination.

13   **IT IS SO STIPULATED**.

14   DATE: March 14, 2008          /s/ Jeffrey L. Staniels
                                   JEFFREY L. STANIELS
15                                 Assistant Federal Defender
                                   Attorney for TANYA MARLIN
16

17
     DATE: March 14, 2008          McGREGOR W. SCOTT
18                                 United States Attorney

19                          By:    /s/ Jill Thomas
                                   JILL THOMAS
20                                 Assistant U.S. Attorney

21

22

23
     IT IS SO ORDERED.
24

25
     DATE:  March 17, 2008
26
                                   _____
27                                 HON. EDMUND F. BRENNAN
                                   U.S. Magistrate Judge
28

Stip & Order                -2-