```
DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, #91413
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
TANYA  MARLIN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>  v.<br><br>TANYA  MARLIN,<br><br>          Defendant. | No. 2:08-mj-0051 KJM<br><br>STIPULATION AND ORDER TO EXTEND TIME FOR PRELIMINARY EXAMINATION AND EXCLUDE TIME<br><br>Date:  April 17, 2008<br>Time:  2:00 p.m.<br>Judge: Hon. Dale A. Drozd |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Preliminary Examination scheduled for April 17, 2008 be vacated and that time beginning April 17, 2008, and extending through May 29, 2008 be excluded from time under the Speedy Trial Act within which an indictment must be found.  Further, the Defendant consents to an extension of the time for preliminary examination until May 29, 2008.  Fed. R. Crim. P. 5.1(d).  The parties submit that the ends of justice are served by the Court excluding such time, so that they may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv).  In particular, the time is required so that the parties can discuss a proposed disposition and conduct investigation.

1     Counsel for the defendant has talked to his respective client in
2 this case, and represent that she has consented to this continuance and
3 exclusion of time, agreeing that the interests of justice are furthered
4 thereby.

5     The parties stipulate that the interests of justice outweigh the
6 interest of the public and the defendant in a speedy filing of an
7 indictment or information, 18 U.S.C. §§ 3161(b)(h)(8)(A), and further
8 that this good cause outweighs the public's interest in the prompt
9 disposition of this criminal case.  Fed. R. Crim. P. 5.1(d).

10     The parties further request that this matter be taken off calendar
11 until May 29, 2008, or such other future time as any party may request
12 a hearing for a purpose other than preliminary examination.

13     **IT IS SO STIPULATED.**

14 DATE: April 16, 2008        /s/ Jeffrey L. Staniels
                                         JEFFREY L. STANIELS
15                                          Assistant Federal Defender
                                         Attorney for TANYA MARLIN
16

17
   DATE: April 16, 2008        McGREGOR W. SCOTT
18                                          United States Attorney

19                           By:  /s/ Jill Thomas
                                         JILL THOMAS
20                                          Assistant U.S. Attorney

21     IT IS SO ORDERED.

22
23 DATED: April 16, 2008.

24                                                                         
25                                          DALE A. DROZD
                                         UNITED STATES MAGISTRATE JUDGE
26

27 Ddad1/orders.criminal/marlin0051.stipord

28

Stip & Order                          -2-